IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA LISA HARRISON,                )
                                   )
        Petitioner,                )
                                   )
v.                                 )   Civil Action No. 06-434-GMS
                                   )
PATRICK RYAN,                      )
Warden, and CARL C.                )
DANBERG, Attorney                  )
General of the State of            )
Delaware,                          )
                                   )
        Respondents.               )



**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓_____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Mona Lisa Harrison*
Petitioner



Ms. Mona Harrison
660 Baylor Blvd
NewCastle, De. 19720



Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570

19801+3570-35 C012