IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA LISA HARRISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-434-GMS |
| | ) | |
| PATRICK RYAN, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

ORDER

At Wilmington this 2nd day of October, 2006;

IT IS ORDERED that:

Petitioner Mona Lisa Harrison's motion to proceed *in forma pauperis* is DENIED as moot. (D.I. 1.) Harrison paid the filing fee.

UNITED STATES DISTRICT JUDGE



FILED

OCT - 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE