United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-434 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name)   C. Date of Delivery  10/4/06 |
| 1. Article Addressed to:<br><br>Women's Correctional Institution<br>660 Baylor Blvd.<br>New Castle, DE 19720 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 06-434 GMS | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 6473 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |



FILED
OCT 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE