Mona Lisa Harrison
    Petitioner,

V.

Patrick Ryan Warden,
and Carl C. Danbery
Attorney General of
the State of Delaware,
    Respondents,

Civil Action No. -06-434-GMS

FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

November 16, 2006

## Motion

Whereas a petition for habeas corpus relief was filed in this federal court, seeking relief from sentence - criminal action No. IS87-06-0163. All being done in the time required by the court. The respondents were given 45 days to answer in regards to the petition. They have not done so. Had it been the petitioner and not the respondents - the petition would be dismissed.

    It is hereby requested that the court rule in favor of the petitioner. That the remainder of sentence be dismissed. The respondents are in default. Petitioner is asking for an immediate release from Department of Corrections in the State of Delaware.

    Petitioner prays that the court adhere to this request and grants time served and she be released by default.

                                        Mona Lisa Harrison
                                              Petitioner

Mona Harrison
1650 Baylor Blvd.
New Castle, De. 19720

WILMINGTON DE 197
15 NOV 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

