IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MONA LISA HARRISON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-434-GMS |
| ) | |
| **PATRICK RYAN**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Mona Lisa Harrison, has applied for federal habeas relief, alleging ineffective assistance of counsel. D.I. 2 and 6. The undersigned filed an answer to the petition on November 27, 2006.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3.  Due to the large volume of record retrieval recently required by prosecutors in the Appeals Division and the age of the case, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before December 27, 2006.

4.	Respondents submit that an extension of time to December 27, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

          /s/ James T. Wakley
          Deputy Attorney General
          Department of Justice
          820 N. French Street
          Wilmington, DE 19801
          (302) 577-8500
          Del. Bar. ID No. 4612

DATE: November 27, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ James T. Wakley  
Deputy Attorney General

Date: November 27, 2006                                    Counsel for Respondents

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on November 28, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Mona Lisa Harrison
SBI No. 00199337
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

                /s/ James T. Wakley
                Deputy Attorney General
                Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 577-8500
                Del. Bar. ID No. 4612
Date: November 27, 2006         james.wakley@state.de.us

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONA LISA HARRISON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-434-GMS |
| | ) | |
| **PATRICK RYAN,** Warden | ) | |
| and **CARL C. DANBERG,** Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before December 27, 2006.

_____
United States District Judge