Mona Lisa Harrison,
    petitioner,

V.

Patrick Ryan Warden
and Carl C. Danberg, Attorney
General of the state of
Delaware,

    Respondents

November 16, 2006

Civil Action-06-434-GMS

FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion

Whereas a petition for habeas corpus relief was filed in a federal court, seeking relief from said sentence and whereas, it was done in a timely manner and there was no response given; within the 45 days set forth for the State to give answer to such petition and It is hereby requested that the relief sought in this petition be granted. That the remander of said sentence be dismissed. Based on "no response" from the respondents. That the petitioner be granted a release immediately from the Department of Corrections in the State of Delaware; Women's Institution.

    Petitioner prays that the court adhere's to request from petitioner and grants such request.

Note: Second Copy

Mona Lisa Harrison
Petitioner