Office of the Clerk                                    November 22, 2006
United States District Court
844 N. King Street, Lockbox 18                    06-434 (GMS)
Wilmington, Delaware 19801
                                                          FILED

                        Dear Clerk,

As I'am unsure as to what to say in regards to the motion I received - I would guess it was granted? However, I do not see the fairness in this. The respondents were given ample time to answer the petition. I see this as a stall for time because the state is truly unprepared. They have taken no time at all to look at oR review this petition.

As I had stated, I did the filing and preparing of all my documents because it was important to me and I was on a schedule. I would hate to think the respondents follow no schedule. In the least I do not favor this motion. It was filed 46 days later. IF they need time - one would think it would of been asked for before 46 or 47 days passed. As I said, I not sure if I'm supposed to give a response to the motion but, if so - I would not approve of it. However, its not up to me so - please keep me informed. I thank the court for its time.

                                                    Mona Harrison
                                                    Petitioner



Mona Harrison
660 Baylor Blvd.
NewCastle De, 19720

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570