Clerk of the Court                                    November 20, 2006
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

                Dear Clerk,                    06-434 (GMS)

    This letter is in regards to a motion I filed with the court. I'm just making sure it was received - due to the fact that, not all my mail makes it out of this Institution. If you would just let me know if it was received, I would be most grateful. It was a motion to rule in favor of petitioner - a result of default by the respondents for not responding. I just want to be sure that the court received it.

    Case Number or Civil action no. - 06-434-GMS. Any help you can give me in this matter is greatly appreciated. I do thank you for your time.

                                          Sincerely,
                                          Mona L. Harrison

FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Mona Harrison
DSB WCI
660 Baylor Blvd.
Newcastle, DE 19720

WILMINGTON DE 197
28 NOV 2006 PM 3 L

Clerk of the Court
United States District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801