Mona Harrison
    Petitioner

V.

Patrick Ryan, Warden
and Carl C. Danberg, Attorney
General for the State of Delaware
    Respondents.

Civ. Act. No. 06-434-GMS

## Request for Attorney

Whereas the petitioner is the above case is doing her case pro se - she hereby request an attorney. Petitioner is unable to afford one and prays the court will appoint one for her. It has been brought to the attention of the petitioner, that she may now be in need of legal assistance. To whereas the State keeps requesting extensions and it has to be written somewhere that there is an objection to such actions, the petitioner now request legal assistance.

So be it - petitioner has asked for court appointed counsel to assist in said case above. Petitioner prays on court to allow and assit in request. Petitioner submit herewith a proposed motion for legal assistance.


FILED
DEC 04 2006

Mona Harrison
Petitioner

Mona Harrison
600 Baylor Blvd
NewCastle, De. 19720

WILMINGTON DE 197
01 DEC 2006 PM 2 T



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570