OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

December 5, 2006

To: Mona Lisa Harrison  
SBI# 199337  
BWCI  
660 Baylor Boulevard  
Wilmington, DE 19720

**RE: Motion to Appoint Counsel; Civ. No. 06-434 GMS.**

Dear Ms. Harrison:

Documents have been presented for filing in the above noted case which do not conform to Rule 4 of the Federal Rules of Civil Procedure. In order for your Motion to Appoint Counsel to be acceptable for filing, it must be served upon opposing parties or their counsel, when represented by counsel, and a **certificate of service with your original signature must accompany the document as proof of service.** When returning corrected documents for filing, please return a copy of this letter.

/rpg

Peter T. Dalleo  
Clerk

cc: The Honorable Gregory M. Sleet

enc: Rule 4 of Federal Rules of Civil Procedure;

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 5, 2006

To: Mona Lisa Harrison
    SBI# 199337
    BWCI
    660 Baylor Boulevard
    Wilmington, DE 19720

    **RE: Motion to Appoint Counsel; Civ. No. 06-434 GMS.**

Dear Ms. Harrison:

    Documents have been presented for filing in the above noted case which do not conform to Rule 4 of the Federal Rules of Civil Procedure. In order for your Motion to Appoint Counsel to be acceptable for filing, it must be served upon opposing parties or their counsel, when represented by counsel, and a **certificate of service with your original signature must accompany the document as proof of service.** When returning corrected documents for filing, please return a copy of this letter.

                                                   Peter T. Dalleo
/rpg                                                 Clerk

cc: The Honorable Gregory M. Sleet

enc: Rule 4 of Federal Rules of Civil Procedure;