Mona Lisa Harrison )
    Petitioner, )
                )
V.                )   Civ. Act. No. 06-434-GMS
                )
Patrick Ryan, Warden )
and Carl C. Danberg Attorney )
General for the State of Delaware, )
    Respondents. )

Summary Judgement

Petitioner hereby request the court rule in her favor. The respondents were given 45 days to prepare their case. On the 46th day, State requested an extension of time the day after it was due. Secondly, they had based their case on a time bar that has ran out. Basically the petitioner had no legal knowlegde of court matters. Petitioner was unaware she had any options. Her claim for ineffective counsel comes into play. She was not told what she could have or could not have done for relief.
   Then we have the state asking for another extension to prepare their case against the petitioner. They have had more than enough time to prepare a case.
   Therefore the petitioner respectfully request that the court grant the relief that she is seeking due to lack of preperation by the respondents. She ask the court to grant her - her release. Petitioner submit herewith a proposed judgement.

                                        Mona Harrison
                                        Petitioner

a Harrison
Baylor Blvd.
Castle, De. 19720



WILMINGTON DE 197
04 DEC 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570