Mona Lisa Harrison
  Petitioner,

V.

Patrick Ryan Warden
and Carl C. Danberg, Attorney
General for the State of Delaware
  Respondents.

) ) ) ) ) ) ) ) ) ) )

Civ. Act. No. 06-434-GMS



Motion To Dismiss
States Case and Rule for Petitioner

   The petitioner is unable to sight cases or to know that what the State is doing is fair. Petitioner prays to the court to dismiss the state of Delaware case and rule in petitioners favor.
   The Respondents have asked for two(2) extensions in their efforts against petitioner. Petitioner has to abide by time line and have all in order. Petitioner feels the State should have to do the same. Petitioner hasn't ask for an extension in the case. She has abided by all time lines and got all paperwork in on time. Petitioner feels it is unfair that State is continually asking for extensions for this or that.
   Therefore petitioner moves to have case ruled in her favor. All charges dropped and she be released. State has had a sufficient enough time to prepare their case against her and have been unsuccessful. Being petitioner first time in defending herself and having no attorney, she is not affored the luxury of quotes from cases from different courts. Petitioner has

Page 2

been very patient with the state. Seeings how the state did not let her know of the first extension and now another.

Petitioner stands on the grounds she has raised. She has persented her case in a timely manner to the best of her ability. She prays that the court adhere to her motion and rule in her favor. Grant her relief and have her released. Petitioner submit herewith a proposed motion.

*Mona Harrison*
Petitioner





Mona Harrison
660 Baylor Blvd
NewCastle, De, 19720

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, De, 19801-3570

Mona Lisa Harrison
  Petitioner

V.

Patrick Ryan, Warden
and Carl C. Danberg Attorney
General for the State of Delaware

  Respondents

Civil Action No. 06-434 GMS



FILED
DEC -7 2006
U.S. DISTRICT
DISTRICT OF D

RD scanned

## Traverse

The petitioner has the right to object to statements made by State in answer brief. Petitioner is in disagreement with the time bar statement the State has raised. It seems to be the only objection or ground they care to use.

Petitioner was not afforded any type of legal assistance when she was first incarcerated 1987-1994. The Prisons Law Library had no one to help with legal matters. Therefore petitioner was [u]naware of any options legal or otherwise. Her counsel did not let [h]er know she had options to pursue or that there were steps to [t]ake for relief. It was petitioner having come back to prison [a]nd going to the law library to find out she has options and has [h]ad them all along.

So, the ineffective counsel issue goes back to 1987-1988. I[f] petitioner wasn't made aware by counsel that there were [o]ptions for her. The lawyer who served two individuals and [w]as as stated ineffective to petitioner. Petitioner sti[ll]

page 2

argue's a miscarriage of justice for the time bar. The time bar seems to be the States main focus in this case. Seemingly the grounds raised may be what the state is trying to avoid. It was not stated about anything else but time bar.

Petition prays that the court give this case a serious look and that the time bar be lifted so that it may be done. So that the petitioner stands to receive relief from the sentence imposed. Therefore petitioner asks the court to rule in her favor.

*Mona Harrison*
Petitioner

Mona Harrison
660 Baylor Blvd
New Castle, De. 19720


FROM THE HEART

WILMINGTON DE 197
05 DEC 2006 PM 2 T

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Dec 19801-3570