IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONA LISA HARRISON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-434-GMS |
| | ) | |
| **PATRICK RYAN**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

    a. Opening Brief & Appendix (No. 107, 2006)

    b. State's Motion to Affirm (No. 107, 2006)

    c. Order (July 06, 2006) (No. 107, 2006)

2. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID No. 87S00410DI also have been manually filed with the Court and are available in paper form only.

    a. Criminal Docket

    b. Indictment

    c. Plea Agreement (December 18, 1987)

    d. Motion for Postconviction Relief (December 30, 2005)

    e. Order Denying Motion for Postconviction Relief (January 6, 2006)

    g. Order Denying Motion for Transcripts (March 16, 2006)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: December 14, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 14, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on December 14, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Mona Lisa Harrison
No. 00199337
Baylor's Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

                                                     /s/ James T. Wakley
                                                     Deputy Attorney General
                                                     Department of Justice
                                                     820 N. French Street
                                                     Wilmington, DE 19801
                                                     (302) 577-8500
                                                     Del. Bar. ID No. 4612
                                                     james.wakley@state.de.us

Date:  December 14, 2006