Mona Lisa Harrison )
    Petitioner )
     )
v. )
     ) Civ. Act. No. 06-434-GMS
Patrick Ryan, Warden )
and Carl C. Danberg, Attorney )
General for the State of Delaware )
    Respondents. )

### Motion for Request of Counsel

Petitioner is hereby requesting appointment of counsel in above noted case. Whereas the petitioner has no legal knowledge, petitioner feels she would be better served if appointed counsel.

Petitioner prays that the court adhere to the request and appoint counsel. Petitioner submits herewith a proposed motion for counsel.

FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

_Mona Lisa Harrison_
Petitioner

Certificate of Service

I hereby certify that on December 11, 2006 I have mailed by United States Postal Service, a copy of a motion for appointment of Counsel to the following participants:

James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De. 19801
(302) 577-8500
Del. Bar. ID. No. 4612

December 11, 2006

Mona Lisa Harrison
SBI No. 00199337
D.J.B.W.C.I.
660 Baylor Blvd.
New Castle, De. 19720



WILMINGTON DE 197
10 JAN 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 1980l-3570

Mona Harrison
loo Baylor Blvd.
New Castle De. 19720

