Mona Lisa Harrison
    Petitioner

v.

Patrick Ryan, Warden
and Carl C. Danberg, Attorney
General for the State of Delaware

    Respondents.

)
)
)
) Civ. Act. No. 06-434 GMS
)
)
)
)
)
)

## Motion to Proceed

Whereas Petitioner has been unable to obtain legal counsel - Petitioner wishes to proceed forward with Civ. Act. No. 06-434 Case.
Petitioner feels court will be fair and prays that the court will take all factors into consideration when viewing this case.

FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

_Mona Harrison_
Petitioner

Certificate of Service

I hereby certify that on January 15, 2007 I filed the attached documents with the Clerk of Court by mail. I also hereby certify that on January 15, 2007 I mailed by United States Postal Service the same documents to the following:

James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De. 19801

Mona Lisa Harrison
B.W.C.I.
660 Baylor Blvd.
New Castle, De. 19720

January 15, 2007

Mona Harrison
660 Baylor Blvd.
New Castle, De. 19720

Office of the Clerk,
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801 - 3570