IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA LISA HARRISON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 06-434-GMS |
| ) | |
| PATRICK RYAN, Warden, ) | |
| et. al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

At Wilmington this 26th day of January, 2007;

IT IS ORDERED that:

Petitioner Mona Lisa Harrison's motion for default judgment is DENIED as moot. (D.I. 17) The State filed its response on November 27, 2006.

---
UNITED STATES DISTRICT JUDGE

FILED

JAN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE