IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA LISA HARRISON, | ) |
| Petitioner, | ) |
| v. | ) Civ. A. No. 06-434-GMS |
| PATRICK RYAN, Warden, et. al., | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 27th day of Feb., 2007;

IT IS ORDERED that:

Petitioner Mona Lisa Harrison's motion for summary judgment, which is essentially a motion for default judgment, is DENIED as moot. (D.I. 22.) Harrison filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 on July 14, 2006. (D.I. 2.) On December 5, 2006, Harrison filed a motion for summary judgment contending that she is entitled to be released from incarceration because the State failed to file a timely response. However, the State filed its reply to Harrison's pending § 2254 petition on December 5, 2006. Therefore, Harrison's motion is moot.

_____
UNITED STATES DISTRICT JUDGE

**FILED**

FEB 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE