Mona Lisa Harrison,  )
    Petitioner )
 )
v. )
 )
Patrick Ryan Warden, ) Civ. A. No. 06-434-GMS
et. al, )
    Respondents )

    On the 26th day of January, 2007; Petitioner recieved a letter from the court. It is unclear to petitioner the exact meaning of the letter.
    Petitioner wishes to know if the letter is an answer to the habeas Corpus case filed with the court? As it reads - the motion for default judgment was DENIED. It was not stated about the case itself.

**FILED**
MAR - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

                              Mona Harrison
                              Petitioner

Mona Harrison
666 Baylor Blvd.
Newcastle, De. 19720

[Postmark: WILMINGTON DE 197, 28 FEB 2007 PM 2 L]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570