OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 5, 2007

TO: Mona Lisa Harrison  
    SBI# 199337  
    BWCI  
    660 Baylor Boulevard  
    Wilmington, DE 19720

**RE: Letter dated 3/1/07; 06-434(GMS)**

Dear Ms. Harrison:

    The above referenced letter has been received by this office requesting assistance regarding clarification on the Order finding the motion for summary judgment denied as moot. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Gregory M. Sleet