Mona Lisa Harrison )
    Petitioner )
     )
v. )
     )
     ) Civ. A. No.-434-GMS
Patrick Ryan, Warden )
et. al., )
    Respondents )
     )
     ) April 10, 2007

<u>Status Report</u>

    Petitioner is writing to the Court in reference to civil action No.-434-Gms. Petitioner would like a status report. Basically to find out if a decision has been made in said case.

                                        Mona L. Harrison
                                               Petitioner

FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mona Harrison
660 Baylor Blvd
NewCastle, De. 19720

WILMINGTON DE 197
11 APR 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware U.S.A. 19801-3570