Mona Lisa Harrison                                    June 21, 2007

      Petitioner,

v.                                                          Civ. A. No. 06-434 GMS

Patrick Ryan, Warden
et. al,

      Respondents

## Status Update:

    This is a letter requesting a status update on the above case Civ. A. No. 06-434 GMS.

FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                    Mona Harrison
                                        Petitioner

Mona Harrison
c/o Baylor Blvd
New Castle, De 19720

Clerk of the Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801