OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 28, 2007

TO: Mona Lisa Harrison
SBI# 199337
BWCI
660 Baylor Boulevard
Wilmington, DE 19720

*RE:* Letter re: status dated 6/21/07;
Civ. No. 06-434 GMS

Dear Ms. Harrison:

This office received a letter from you requesting information about the status of the above referenced case. Your case is assigned to the Honorable Gregory M. Sleet and is pending before the Court. The Court will advise you as to further developments in this case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet