Mona Lisa Harrison
    Petitioner,

V.   Civ. Act. No. - 06-434 GMS

Patrick Ryan, Warden

    Respondents,   June 22, 2007

<u>Probable Cause To Appeal</u>

   In light of the 1988 murder conviction case of Vicky Chao - petitioner request a certificate for probable cause to appeal. Based on the Supreme Courts ruling that a felony murder requires not only that a killing occurs during the commission of a felony, but that the killing is intended to help carry out the felony. That the killing was not the intent to carry out the felony in the petitioners case. Petitioners only intent was to ride along. Petitioner never left the car.

   With Mrs. Chao's case coming into view - it also applies to petitioner. No intent to kill or harm. So, therefore petitioner prays the court grant a Certificate For Appeal.



FILED
JUN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mona Lisa Harrison
    Petitioner