IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA LISA HARRISON,                )
                                   )
              Petitioner,          )
                                   )
      v.                           )    Civ. A. No. 06-434-GMS
                                   )
PATRICK RYAN,                      )
Warden, and ATTORNEY               )
GENERAL OF THE STATE               )
OF DELAWARE,                       )
                                   )
              Respondents.         )

**O R D E R**

At Wilmington this 24th day of _____Sept._____, 2007;

IT IS ORDERED that:

Petitioner Mona Lisa Harrison's motion for a certificate of appealability is **DENIED**.

(D.I. 37.)  Harrison's habeas proceeding is still pending in the court, therefore, there is nothing to

appeal at this point in time.

UNITED STATES DISTRICT JUDGE

F I L E D

SEP 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE