Mona Harrison                     December 15, 2007
   Petitioner,

V.                                Civ. Act. No. 06-434 Gms

Patrick Ryan, Warden
and Carl C. Danberg, Attorney
General for the State of Delaware
   Respondents,

### Requesting Forms

Petitioner received letter from court stating that she may proceed with habeas corpus: Civ. Act. No. 06-434 G.M.S. Given the information Petitioner has available to her - Petitioner is unable to find next step procedure or forms. Petitioner is aware that the court may not offer any legal advice in above matter. However, due to limitations on legal help here at Women's Institution - Petitioner is at a loss.

Petitioner is open for suggestions of being pointed in the direction of next step. Petitioner prays for assistance.

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

                              Mona Harrison
                              Petitioner

