MONA LISA HARRISON

      Petitioner,

               Civ.Act.No. 06-434-GMS

PATRICK RYAN, Warden
And CARL C. DANBERG,
Attorney General for
The state of Delaware

      Respondents,



B) scanned

STATUS UPDATE:

This letter is in regards to the above named case that is still pending in the U.S. District Court of Delaware. The petitioner is requesting an update on the case as to its status.

Petitioner is aware that the above mentioned case has been in the court system for quite some time. Petitioner would appreciate any assistance in this matter.

                        Sincerely
                    Mona L. Harrison
                      (Petitioner)

Kira Harrison
60 Baylor Blvd
New Castle De. 19720

WILMINGTON DE 197
16 MAY 2008 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570