OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 19, 2008

TO:  Mona Lisa Harrison
     SBI# 199337
     BWCI
     660 Baylor Boulevard
     Wilmington, DE 19720

   **RE:  STATUS OF 06-434(GMS)**

Dear Ms. Harrison:

   This is in response to your letter received on 5/19/08 requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet